IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30897
Summary Calendar

_____

LEON P. DAVIS, III, and
DETROY ROBINSON,

Plaintiffs-Appellants,

versus

SUE BERNIE; 19TH JUDICIAL DISTRICT COURT,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 95-CV-657
- - - - - - - - - -
December 6, 1995
Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Leon P. Davis, III, and Detroy Robinson appeal the dismissal of their complaint asserting civil rights claims and requesting issuance of a writ of habeas corpus. Based upon a careful review of the record and applicable law, we hold that the district court did not commit reversible error. The judgment of the district court is AFFIRMED.

---

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.